# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: NATONSKI, MICHAEL § | Case No. 07B-21577 |
| § | |
| § | |
| Debtors § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on November 16, 2006. The undersigned trustee was appointed on November 16, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of             $     337,503.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 30,182.98 |
   | Payments to creditors | 297,329.50 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Leaving a balance on hand of | $   9,990.64 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

    6. The deadline for filing claims in this case was 02/06/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $20,125.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $2,500.00, for a total compensation of $2,500.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $79.00, for total expenses of $79.00.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2009            By: */s/THOMAS B. SULLIVAN, TRUSTEE*
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07B-21577 BWB  
**Case Name:** NATONSKI, MICHAEL  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/16/06 (f)  
**§341(a) Meeting Date:** 12/27/06  

**Period Ending:** 06/11/09  
**Claims Bar Date:** 02/06/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 5312 WRESTEM COURT, NAPERVILLE, IL | 400,000.00 | 0.00 | | 337,500.00 | FA |
| 2 | CHECKING ACCOUNTS | 400.00 | 0.00 | | 0.00 | FA |
| 3 | MISC HOUSEHOLD GOODS | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5 | JEWELRY | 800.00 | 0.00 | | 0.00 | FA |
| 6 | WHOLELIFE POLICIES | 25,000.00 | 0.00 | | 0.00 | FA |
| 7 | IRA - WIFE | 12,000.00 | 0.00 | | 0.00 | FA |
| 8 | POTENTIAL SUIT AGAINST BELCORP FIN'L SVC | 150,000.00 | 150,000.00 | | 0.00 | FA |
| 9 | 2007 FORD FUSION | 23,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 FORD FOCUS | 11,000.00 | 0.00 | | 0.00 | FA |
| 11 | LASALLE BANK | 0.00 | 0.00 | | 0.00 | 114,222.55 |
| 12 | LASALLE BANK | 0.00 | 0.00 | | 0.00 | 114,222.55 |
| 13 | ATTORNEYS TITLE | 0.00 | 0.00 | | 0.00 | 2,689.90 |
| Int | INTEREST (u) | Unknown | N/A | | 3.12 | Unknown |
| 14 | Assets Totals (Excluding unknown values) | $626,300.00 | $150,000.00 | | $337,503.12 | $231,135.00 |

**Major Activities Affecting Case Closing:**

341 MEETING CONTINUED TO 1/31/08; AWAITING DECISION FROM BELCORP AS TO CLAIM PURCHASE

**Initial Projected Date Of Final Report (TFR):** June 30, 2009   **Current Projected Date Of Final Report (TFR):** June 30, 2009

Printed: 06/11/2009 02:05 PM    V.11.16

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07B-21577 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | NATONSKI, MICHAEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****87-65 - Money Market Account |
| Taxpayer ID #: | 54-6799715 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/11/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/10/08 | | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | | 10,000.00 | | 10,000.00 |
| | {1} | | SALE OF REALE STATE | 337,500.00 | 1110-000 | | | 10,000.00 |
| | | LASALLE BANK | SECOND MORTGAGE | -114,222.55 | 4110-000 | | | 10,000.00 |
| | | ATTORNEYS TITLE | LIEN ON REAL ESTATE | -2,689.90 | 4120-000 | | | 10,000.00 |
| | | HIGH MEADOW HOA | HOA | -380.00 | 2500-000 | | | 10,000.00 |
| | | ROWELL MGMT INC. | MANAGEMENT FEE | -25.00 | 2500-000 | | | 10,000.00 |
| | | WILL COUNTY TREASURER | COUNTY TAXES | -6,275.00 | 2820-000 | | | 10,000.00 |
| | | REMAX | COMMISSION | -9,975.00 | 3510-000 | | | 10,000.00 |
| | | CENTURY 21 PRO TEAM | COMMISSION | -10,975.00 | 3510-000 | | | 10,000.00 |
| | | GGL/PAID TO HOA | HOA LETTER | -100.00 | 2500-000 | | | 10,000.00 |
| | | CHICAGO TITLE | TITLE INSURANCE | -1,430.00 | 2500-000 | | | 10,000.00 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEES | -50.00 | 2500-000 | | | 10,000.00 |
| | | WILL COUNTY TREASURER | COUNTY STAMPS | -168.75 | 2820-000 | | | 10,000.00 |
| | | | STATE STAMPS | -337.50 | 2820-000 | | | 10,000.00 |
| | | ASSOCIATED SURVEYING | SURVEY | -350.00 | 2500-000 | | | 10,000.00 |
| | | CHICAGO TITLE | RELEASE | -104.25 | 2500-000 | | | 10,000.00 |
| | | CITMORTGAGE | FIRST MORTGAGE | -180,417.05 | 4110-000 | | | 10,000.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 0.43 | | 10,000.43 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.69 | | 10,001.12 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.40 | | 10,001.52 |
| 02/04/09 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-21577, Bond#016026455 Voided on 02/05/09 | | 2300-000 | | ! 8.51 | 9,993.01 |
| 02/05/09 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-21577, Bond#016026455 Voided: check issued on 02/04/09 | | 2300-000 | | ! -8.51 | 10,001.52 |
| 02/05/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-21577, BOND#016026455 | | 2300-000 | | 12.48 | 9,989.04 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.38 | | 9,989.42 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.43 | | 9,989.85 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.40 | | 9,990.25 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.39 | | 9,990.64 |

Subtotals :  $10,003.12  $12.48

{} Asset reference(s)      !-Not printed or not transmitted                    Printed: 06/11/2009 02:05 PM    V.11.16

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 07B-21577 BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| **Case Name:** | NATONSKI, MICHAEL | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
|  |  | **Account:** | ***-*****87-65 - Money Market Account |
| **Taxpayer ID #:** | 54-6799715 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 06/11/09 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | **ACCOUNT TOTALS** |  | 10,003.12 | 12.48 | **$9,990.64** |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 10,003.12 | 12.48 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$10,003.12** | **$12.48** |  |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07B-21577 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | NATONSKI, MICHAEL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****87-66 - Checking Account |
| Taxpayer ID #: | 54-6799715 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/11/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****87-65** | 10,003.12 | 12.48 | 9,990.64 |
| **Checking # ***-*****87-66** | 0.00 | 0.00 | 0.00 |
| | $10,003.12 | $12.48 | $9,990.64 |

{} Asset reference(s)

Printed: 06/11/2009 02:05 PM    V.11.16

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07B-21577
Case Name: NATONSKI, MICHAEL
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| LASALLE BANK | $ 0.00 |
| ATTORNEYS TITLE | $ 0.00 |
| FORD MOTOR CREDIT | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 2,500.00 | $ 79.00 |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 2,000.00 | $ 175.86 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Alan D. Lasko | $ 1,555.00 | $ 14.85 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-TFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,150.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 002 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 6,806.03 | $ 429.35 |
| 003 | LVNV FUNDING LLC ITS SUCESSORS AND ASSIGNS AS | $ 16,078.96 | $ 1,014.31 |
| 004 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | $ 238.16 | $ 15.02 |
| 005 | LVNV FUNDING LLC | $ 20,986.95 | $ 1,323.91 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 006 | FORD MOTOR CREDIT CO LLC | $ 10,039.90 | $ 633.34 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**