## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: NATONSKI, MICHAEL                                  § Case No. 07B-21577
                                                          §
                                                          §
Debtors                                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 337,503.12 |
| *and approved disbursements of* | $ 327,512.48 |
| *leaving a balance of* | $ 9,990.64 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 2,500.00 | $ 79.00 |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 2,000.00 | $ 175.86 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Alan D. Lasko | $ 1,555.00 | $ 14.85 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 250.00 | $ |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Fees,* | United States Trustee | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,150.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 002 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 6,806.03 | $ 429.35 |
| 003 | LVNV FUNDING LLC ITS SUCESSORS AND ASSIGNS AS | $ 16,078.96 | $ 1,014.31 |
| 004 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | $ 238.16 | $ 15.02 |

**UST Form 101-7-NFR (4/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 005 | LVNV FUNDING LLC | $ 20,986.95 | $ 1,323.91 |
| 006 | FORD MOTOR CREDIT CO LLC | $ 10,039.90 | $ 633.34 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*              *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 07/31/2009 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  06/30/2009        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                             Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                Page 1 of 1                   Date Rcvd: Jul 01, 2009
Case: 07-21577                Form ID: pdf006             Total Noticed: 25

The following entities were noticed by first class mail on Jul 03, 2009.
db/jdb       +Michael E. Natonski,    Jacqueline L. Natonski,    809 Colchester Dr.,   Oswego, IL 60543-5102
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
11755095     +ABN Amro Mortgage,    2600 W. Big Beaver Rd.,   Troy, MI 48084-3318
11755096     +Attorney’s Title,    2500 S Highland Ave Ste 330,    Lombard, IL 60148-5390
11755097     +Bank of America,    c/o LVNV (Blitt & Gaines PC),    661 West Glenn Avenue,
               Wheeling, IL 60090-6017
11755098     +Belcorp Financial Services, Inc.,    c/o Atty Scott Hoster,    822 Infantry Dr., Ste. 104,
               Joliet, IL 60435-3107
11755099     +Citgo,    PO Box 689095,   Des Moines, IA 50368-9095
11755100     +CitiBank,    PO Box 688913,   Des Moines, IA 50368-8913
11755101     +Ford Motor Credit,    PO Box 537901,   Livonia, MI 48153-7901
11755102     +John  and Karen  Power,    3651 Shakespear Ln.,    Naperville, IL 60564-4116
11755103     +LaSalle Bank,    135 S. LaSalle St.,   Dept 8144,    Chicago, IL 60674-0001
11755104     +Macys,    PO Box 8066,   Mason, OH 45040-8066
11755105     +National Education,    200 West Monroe,   Suite 700,    Chicago, IL 60606-5057
11755106     +National Financial Systems,    600 West John Street,    PO Box 9041,   Hicksville, NY 11802-9041
11755108     +Roadloans/Triad Financial,    PO Box 3299,   Huntington Beach, CA 92605-3299
11861613     +Scott Hoster,    Dystrup Hoster & Jarot PC,    822 Infantry Dr., Ste 104,   Joliet, IL 60435-3107
11755110     +Washington Mutual,    PO Box 660509,   Dallas, TX 75266-0509
The following entities were noticed by electronic transmission on Jul 02, 2009.
13488562      E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12918041      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12918089      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11755107     +E-mail/Text: bankrup@nicor.com                           Nigas,   PO Box 2020,
               Aurora, IL 60507-2020
11847878      E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2009 03:59:34
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11755109      US Bank
13527728*    +Ford Motor Credit Company LLC,    P O Box 537901,   Livonia MI 48153-7901
                                                                                              TOTALS: 1, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2009**                **Signature:** *Joseph Speetjens*