# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: NATONSKI, MICHAEL § Case No. 07-21577-BWB
§
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $150,000.00          Assets Exempt: $72,300.00

Total Distribution to Claimants: $300,746.25     Claims Discharged
                                                 Without Payment: $50,733.25

Total Expenses of Administration: $36,757.69

3) Total gross receipts of $ 337,503.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $337,503.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $544,868.18 | $297,329.50 | $297,329.50 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 61,382.85 | 36,757.69 | 36,757.69 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 54,150.00 | 54,150.00 | 3,416.75 |
| **TOTAL DISBURSEMENTS** | $0.00 | $660,401.03 | $388,237.19 | $337,503.94 |

4) This case was originally filed under Chapter 7 on November 16, 2006. . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/14/2009         By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 5312 WRESTEM COURT, NAPERVILLE, IL | 1110-000 | 337,500.00 |
| Interest Income | 1270-000 | 3.94 |
| **TOTAL GROSS RECEIPTS** | | **$337,503.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LASALLE BANK | 4110-000 | N/A | 337,500.00 | 114,222.55 | 114,222.55 |
| CITMORTGAGE | 4110-000 | N/A | 180,417.05 | 180,417.05 | 180,417.05 |
| ATTORNEYS TITLE | 4120-000 | N/A | 2,689.90 | 2,689.90 | 2,689.90 |
| FORD MOTOR CREDIT | 4210-000 | N/A | 24,261.23 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$544,868.18** | **$297,329.50** | **$297,329.50** |

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 9,000.00 | 2,000.00 | 2,000.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 175.86 | 175.86 | 175.86 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 20,125.16 | 2,500.00 | 2,500.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 79.00 | 79.00 | 79.00 |
| Alan D. Lasko | 3410-000 | N/A | 1,555.00 | 1,555.00 | 1,555.00 |
| Alan D. Lasko | 3420-000 | N/A | 14.85 | 14.85 | 14.85 |
| HIGH MEADOW HOA | 2500-000 | N/A | 380.00 | 380.00 | 380.00 |
| ROWELL MGMT INC. | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 6,275.00 | 6,275.00 | 6,275.00 |
| REMAX | 3510-000 | N/A | 9,975.00 | 9,975.00 | 9,975.00 |
| CENTURY 21 PRO TEAM | 3510-000 | N/A | 10,975.00 | 10,975.00 | 10,975.00 |
| GGL/PAID TO HOA | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| CHICAGO TITLE | 2500-000 | N/A | 1,430.00 | 1,430.00 | 1,430.00 |
| CHICAGO TITLE | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| WILL COUNTY TREASURER | 2820-000 | N/A | 168.75 | 168.75 | 168.75 |
| CHICAGO TITLE & TRUST COMPANY | 2820-000 | N/A | 337.50 | 337.50 | 337.50 |
| ASSOCIATED SURVEYING | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| CHICAGO TITLE | 2500-000 | N/A | 104.25 | 104.25 | 104.25 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 12.48 | 12.48 | 12.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $61,382.85 | $36,757.69 | $36,757.69 |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | N/A | 6,806.03 | 6,806.03 | 429.45 |
| LVNV FUNDING LLC ITS SUCESSORS AND ASSIGNS AS | 7100-000 | N/A | 16,078.96 | 16,078.96 | 1,014.55 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 7100-000 | N/A | 238.16 | 238.16 | 15.03 |
| LVNV FUNDING LLC | 7100-000 | N/A | 20,986.95 | 20,986.95 | 1,324.23 |
| FORD MOTOR CREDIT CO LLC | 7100-000 | N/A | 10,039.90 | 10,039.90 | 633.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | $0.00 | $54,150.00 | $54,150.00 | $3,416.75 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-21577-BWB  **Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** NATONSKI, MICHAEL  **Filed (f) or Converted (c):** 11/16/06 (f)
 **§341(a) Meeting Date:** 12/27/06
**Period Ending:** 09/14/09  **Claims Bar Date:** 02/06/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5312 WRESTEM COURT, NAPERVILLE, IL | 400,000.00 | 0.00 | | 337,500.00 | FA |
| 2 | CHECKING ACCOUNTS | 400.00 | 0.00 | | 0.00 | FA |
| 3 | MISC HOUSEHOLD GOODS | 4,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5 | JEWELRY | 800.00 | 0.00 | | 0.00 | FA |
| 6 | WHOLELIFE POLICIES | 25,000.00 | 0.00 | | 0.00 | FA |
| 7 | IRA - WIFE | 12,000.00 | 0.00 | | 0.00 | FA |
| 8 | POTENTIAL SUIT AGAINST BELCORP FIN'L SVC | 150,000.00 | 150,000.00 | DA | 0.00 | FA |
| 9 | 2007 FORD FUSION | 23,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 FORD FOCUS | 11,000.00 | 0.00 | | 0.00 | FA |
| 11 | LASALLE BANK | Unknown | Unknown | | 0.00 | FA |
| 12 | LASALLE BANK | Unknown | Unknown | | 0.00 | FA |
| 13 | ATTORNEYS TITLE | Unknown | Unknown | | 0.00 | FA |
| 14 | LASALLE BANK | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.94 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | **$626,300.00** | **$150,000.00** | | **$337,503.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

341 MEETING CONTINUED TO 1/31/08; AWAITING DECISION FROM BELCORP AS TO CLAIM PURCHASE

**Initial Projected Date Of Final Report (TFR):**   June 30, 2009     **Current Projected Date Of Final Report (TFR):**   June 30, 2009

Printed: 09/14/2009 11:05 AM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-21577-BWB  
**Case Name:** NATONSKI, MICHAEL  

**Taxpayer ID #:** 54-6799715  
**Period Ending:** 09/14/09  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****87-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/10/08 | | CHICAGO TITLE & TRUST COMPANY | SALE OF REAL ESTATE | | 10,000.00 | | 10,000.00 |
| | {1} | | SALE OF REALE STATE     337,500.00 | 1110-000 | | | 10,000.00 |
| | | LASALLE BANK | SECOND MORTGAGE     -114,222.55 | 4110-000 | | | 10,000.00 |
| | | ATTORNEYS TITLE | LIEN ON REAL ESTATE     -2,689.90 | 4120-000 | | | 10,000.00 |
| | | HIGH MEADOW HOA | HOA     -380.00 | 2500-000 | | | 10,000.00 |
| | | ROWELL MGMT INC. | MANAGEMENT FEE     -25.00 | 2500-000 | | | 10,000.00 |
| | | WILL COUNTY TREASURER | COUNTY TAXES     -6,275.00 | 2820-000 | | | 10,000.00 |
| | | REMAX | COMMISSION     -9,975.00 | 3510-000 | | | 10,000.00 |
| | | CENTURY 21 PRO TEAM | COMMISSION     -10,975.00 | 3510-000 | | | 10,000.00 |
| | | GGL/PAID TO HOA | HOA LETTER     -100.00 | 2500-000 | | | 10,000.00 |
| | | CHICAGO TITLE | TITLE INSURANCE     -1,430.00 | 2500-000 | | | 10,000.00 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEES     -50.00 | 2500-000 | | | 10,000.00 |
| | | WILL COUNTY TREASURER | COUNTY STAMPS     -168.75 | 2820-000 | | | 10,000.00 |
| | | | STATE STAMPS     -337.50 | 2820-000 | | | 10,000.00 |
| | | ASSOCIATED SURVEYING | SURVEY     -350.00 | 2500-000 | | | 10,000.00 |
| | | CHICAGO TITLE | RELEASE     -104.25 | 2500-000 | | | 10,000.00 |
| | | CITMORTGAGE | FIRST MORTGAGE     -180,417.05 | 4110-000 | | | 10,000.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.43 | | 10,000.43 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.69 | | 10,001.12 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,001.52 |
| 02/04/09 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-21577, Bond#016026455<br>Voided on 02/05/09 | 2300-000 | | ! 8.51 | 9,993.01 |
| 02/05/09 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-21577, Bond#016026455<br>Voided: check issued on 02/04/09 | 2300-000 | | ! -8.51 | 10,001.52 |
| 02/05/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-21577, BOND#016026455 | 2300-000 | | 12.48 | 9,989.04 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,989.42 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,989.85 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,990.25 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,990.64 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,991.07 |

Subtotals :    $10,003.55    $12.48

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/14/2009 11:05 AM    V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 07-21577-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | NATONSKI, MICHAEL | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****87-65 - Money Market Account |
| **Taxpayer ID #:** | 54-6799715 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/14/09 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.39 | | 9,991.46 |
| 07/30/09 | | To Account #********8766 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 9,991.46 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,003.94 | 10,003.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,991.46 | |
| | | | **Subtotal** | | 10,003.94 | 12.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,003.94** | **$12.48** | |

{} Asset reference(s)

Printed: 09/14/2009 11:05 AM   V.11.50

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 07-21577-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| **Case Name:** | NATONSKI, MICHAEL | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****87-66 - Checking Account |
| **Taxpayer ID #:** | 54-6799715 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/14/09 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/30/09 | | From Account #********8765 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 9,991.46 | | 9,991.46 |
| 08/04/09 | 101 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 9,741.46 |
| 08/04/09 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,000.00 | 7,741.46 |
| 08/04/09 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $175.86, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 175.86 | 7,565.60 |
| 08/04/09 | 104 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,500.00, Trustee Compensation;  Reference: | 2100-000 | | 2,500.00 | 5,065.60 |
| 08/04/09 | 105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $79.00, Trustee Expenses;  Reference: | 2200-000 | | 79.00 | 4,986.60 |
| 08/04/09 | 106 | Alan D. Lasko | Dividend paid 100.00% on $1,555.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 1,555.00 | 3,431.60 |
| 08/04/09 | 107 | Alan D. Lasko | Dividend paid 100.00% on $14.85, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 14.85 | 3,416.75 |
| 08/04/09 | 108 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Dividend paid  6.30% on $6,806.03; Claim# 002; Filed: $6,806.03; Reference: | 7100-000 | | 429.45 | 2,987.30 |
| 08/04/09 | 109 | LVNV FUNDING LLC ITS SUCESSORS AND ASSIGNS AS | Dividend paid  6.30% on $16,078.96; Claim# 003; Filed: $16,078.96; Reference: | 7100-000 | | 1,014.55 | 1,972.75 |
| 08/04/09 | 110 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | Dividend paid  6.30% on $238.16; Claim# 004; Filed: $238.16; Reference: | 7100-000 | | 15.03 | 1,957.72 |
| 08/04/09 | 111 | LVNV FUNDING LLC | Dividend paid  6.30% on $20,986.95; Claim# 005; Filed: $20,986.95; Reference: | 7100-000 | | 1,324.23 | 633.49 |
| 08/04/09 | 112 | FORD MOTOR CREDIT CO LLC | Dividend paid  6.30% on $10,039.90; Claim# 006; Filed: $10,039.90; Reference: | 7100-000 | | 633.49 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 9,991.46 | 9,991.46 | $0.00 |
| Less: Bank Transfers | 9,991.46 | 0.00 | |
| **Subtotal** | 0.00 | 9,991.46 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,991.46** | |

{} Asset reference(s)                                                                                                                                    Printed: 09/14/2009 11:05 AM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 07-21577-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | NATONSKI, MICHAEL | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****87-66 - Checking Account |
| **Taxpayer ID #:** | 54-6799715 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/14/09 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****87-65** | 10,003.94 | 12.48 | 0.00 |
| **Checking # ***-*****87-66** | 0.00 | 9,991.46 | 0.00 |
| | $10,003.94 | $10,003.94 | $0.00 |

{} Asset reference(s)   Printed: 09/14/2009 11:05 AM   V.11.50